UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **LAURA HUGHES** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.   3:21-cv-00882 |
| | ) | |
| **AUSTIN RICE** | ) | |
| **Defendant** | ) | |

## MOTION FOR PRO HAC VICE ADMISSION OF CHERISH A. WRIGHT

Counsel for the plaintiff moves that this court admit Cherish A. Wright, an attorney admitted to practice in the Commonwealth of Massachusetts, to represent Laura Hughes, in conjunction with myself, in this matter.

   /s/ Ryan P. McLane
Ryan P. McLane (BBO # 697464)
McLane & McLane, LLC
269 South Westfield Street
Feeding Hills, MA 01030
Ph. (413) 789-7771
Fax (413) 789-7731
E-mail: ryan@mclanelaw.com

1