## **Affidavit of Cherish A. Wright**

## **RE: Pro Hac Vice Admission to the CT District Court**

I, **Cherish A. Wright**, hereby attest to the following:

1) My legal name is Cherish A. Wright and my residential address is: 49 Deep Field Rd., Springfield, MA 01118. My business address is: 75 North Main Street, East Longmeadow, MA 01028; P: (413) 351-2100; F: (413) 351-2111; email: Cherish@sarahlaw.net.
2) I am currently admitted to the Massachusetts State Bar, Bar No. 706005.
3) I currently have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.
4) I have not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court.
5) I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, and the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.
6) Ryan P. McLane, Esq, is my agent for service of process and the District of Connecticut is the form for the resolution of any dispute arising out of my admission under this Local Rule 83.1(d).

Subscribed and declared to be true under the penalties of perjury.

**EXECUTED** as a sealed instrument this 28th day of June, 2021

_____
Cherish A. Wright


## COMMONWEALTH OF MASSACHUSETTS

### County of Hampden

On this 28th day of June, 2021 before me, the undersigned notary public, **Cherish A. Wright** personally appeared, proved to me through satisfactory evidence of identification, which was a __MA DL__, to be the person whose name is signed on the preceding document, and acknowledged to me that she signed it voluntarily for its stated purpose.

_____
Notary Public –

My Commission Expires: February 8, 2024